UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

2005 APR 19 AM 9:51

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 04-20474-D
)
KATHERINE SUE PRATT )
DOB: 10/1/73

APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Dan L. Newsom applies to the Court for a Writ to have Katherine Sue Pratt, now being detained in the Dyer County Jail, 401 E. Cedar Street, Dyersburg, TN 38024 appear before the Honorable Tu M. Pham on April 27, 2005, at 9:30 a.m. for Initial Appearance/Arraignment and for such other appearances as this Court may direct.

Respectfully submitted this 19 day of April, 2005.

Dan L. Newsom
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF, Dyer County Sheriff's Office

YOU ARE HEREBY COMMANDED to have Katherine Sue Pratt appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 19 day of April, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CR-20474 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT