UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-

Case No.  2:04cr20474-02D

KATHERINE PRATT

# ORDER OF DETENTION PENDING TRIAL

## FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was not held.  The following facts and circumstances require the defendant to be detained pending trial.

The defendant makes no application for release at this time.  A motion for conditions of release and a detention hearing may be filed at a later date.

## DIRECTIONS REGARDING DETENTION

**KATHERINE PRATT** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **KATHERINE PRATT** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:    May 2, 2005

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-4-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20474 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable Bernice Donald
US DISTRICT COURT