IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.   04-20474 D |
| ) | |
| KATHERINE SUE PRATT, ) | |
| ) | |
| Defendants ) | |

### ORDER

Before the Court is Defendant Katherine Sue Pratt's Motion for Speedy Trial and Appointment of Counsel or alternatively for Dismissal of this Cause filed on April 18, 2005. On April 27, 2005 United States Magistrate Judge Tu M. Pham appointed counsel for Ms. Pratt. Additionally, the Court has spoken with Ms. Pratt's appointed counsel, and counsel has advised the Court the instant Motion is moot. Therefore, the Motion for Speedy Trial and Appointment of Counsel or alternatively for Dismissal of this Cause is **DENIED**.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 05, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20474 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT