IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 30 PM 2: 53

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) ) ) | |
| VS. | ) ) | CR. NO. 04-20474-D |
| KATHERINE SUE PRATT<br>Defendant. | ) ) ) | |

**ORDER ON CHANGE OF PLEA
AND <u>SETTING</u>**

    This cause came on to be heard on November 29, 2005, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, Katherine Sue Pratt, appearing in person and with counsel, Sheila D. Brown, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 2 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **THURSDAY, MARCH 2, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 30 day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20474 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT