### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| Plaintiff, | * |
| vs. | * Criminal No.  __04-20474-D__ |
| **KATHERINE SUE PRATT,** | * |
| Defendant. | * |

### POSITION OF THE UNITED STATES WITH RESPECT TO
### PRESENTENCE INVESTIGATIVE REPORT ON DEFENDANT

Comes now the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Dan L. Newsom, and would respectfully state to this Honorable Court as follows:

The United States has previously received and reviewed the presentence investigative report as to KATHERINE SUE PRATT.  The United States has no objection to said report as written.

    Respectfully submitted,

    LAWRENCE J. LAURENZI
    Acting United States Attorney


    s/ Dan L. Newsom
    Senior Litigation Counsel

## CERTIFICATE OF SERVICE

I, Dan L. Newsom, Assistant United States Attorney, do hereby certify that a copy of the foregoing Position Paper was forwarded by electronic means, via the Court's Electronic Filing System, to Sheila Brown, Attorney for Defendant, 9160 Highway 64 #12, Lakeland, Tennessee 38002;

This  3rd  Day of February, 2006.

s/ Dan L. Newsom
Senior Litigation Counsel